ANDREW TEEL, Respondent, v. THE INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event. Held, that the court erred in refusing to charge that if the street car was at a standstill at the time of the collision there could be no recovery. All concur.

IVAN W. MILLER, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

GERTRUDE CASTLE, as Administratrix, etc., of ADOLPH CASTLE, Deceased, Respondent, v. DIRECTOR-GENERAL OF RAILROADS, Appellant.— Judgment and orders affirmed, with costs. All concur, except Kruse, P. J., and Hubbs, J., who dissent upon the ground that the court erred in charging the jury that the defendant owed the deceased a high degree of care and that the deceased was bound to exercise only reasonable care.

GEORGE AMES, Respondent, v. THE INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

LARKIN COMPANY, Respondent, v. NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

FRANK MUSSARA, Respondent, v. GEORGE BULLOCK, as Receiver of the BUFFALO AND LAKE ERIE TRACTION COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

FRANK B. HODGES and Others, as Trustees in Bankruptcy of HUNTER ARMS COMPANY, Bankrupt, Respondents, v. BANK OF PHILADELPHIA, Appellant.— Judgment affirmed, with costs. All concur.

OTTO W. VOLGER, Appellant, v. LAKE VIEW BREWING COMPANY, Respondent.— Order affirmed, with costs. All concur.

GEORGE L. KINGSTON, Respondent, v. THE CITY OF BUFFALO, Appellant. — Judgment affirmed, with costs. All concur.

DOROTHY GREEN, Respondent, v. CORNELL UNIVERSITY, Appellant.— Judgment and order affirmed with costs. All concur.

In the Matter of Opening, etc., of a Highway across the ERIE RAILROAD COMPANY'S TRACKS, etc., in the Town of Hanover, and Known as the Overheiser Road. UNITED STATES RAILROAD ADMINISTRATION and ERIE RAILROAD COMPANY, Appellants; TOWN BOARD OF THE TOWN OF HANOVER, Respondent.—Order reversed, with costs. Held, that no legal highway was effected over the railroad company's lands, because no sufficient notice of the proceeding to determine the necessity thereof was given to the railroad company. All concur.

MINNIE L. SPINK, Respondent, v. TOWN OF CHAUTAUQUA, Appellant.— Judgment and order affirmed; with costs. All concur.

CAROLINE BINGEL, Respondent, v. BROTHERHOOD OF LOCOMOTIVE FIREMEN AND ENGINEMEN, Appellant.— Judgment affirmed, with costs. All concur.